IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-250

| | |
|---|---|
| EPIC GAMES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C.B., )<br>)<br>Defendant. )<br>)<br>) | **INDEX TO EXHIBITS<br>TO COMPLAINT** |

Exhibit A -   Screenshot (with Defendant's name redacted).

Exhibit B -   Screenshot discussing cheating.

Exhibit C -   Epic trademark registrations.

Exhibit D -   Terms of Service.

Exhibit E -   Fortnite EULA.

Exhibit F -   Screen print of Defendant's Community page.

Exhibit G -   Screen print of Defendant's YouTube Community page.

Exhibit H -   Counter notification (with Defendant's contact information redated.)

Exhibit I -   Screen print of Defendant's YouTube Community page.

Exhibit J -   Screen print of Defendant's YouTube Community page.

Exhibit K -   Screen print of ShopCamDad's Shoppy page.

Exhibit L -   Screen print of ShopCamDad's Shoppy page.

Exhibit M -   Screen print of ShopCamDad's Shoppy page.

Exhibit N -   Screen print of ShopCamDad's Shoppy page.

Exhibit O -   Screen print of ShopCamDad's Shoppy page.