# EXHIBIT B





2







