# EXHIBIT C

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-895-864

**Effective date of registration:**
December 18, 2013

## Title

**Title of Work:** Fortnite

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Epic Games, Inc.

  **Author Created:** computer program

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Epic Games, Inc.

620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program

**Previous registration and year:** TXu001848153 2012

TXu001812407 2012

**New material included in claim:** computer program

## Certification

**Name:** Joseph Wilbur

**Date:** December 18, 2013

**Registration #:** TXU001895864
**Service Request #:** 1-1053484835



Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27602-109  United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**TX 8-186-254**
**Effective Date of Registration:**
July 14, 2015

## Title

**Title of Work:** Fortnite

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 30, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Epic Games, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TXu001895864, 2013
TXu001848153, 2012

**New material included in claim:** computer program

## Certification

**Name:** Joseph Wilbur
**Date:** July 14, 2015

---

**Correspondence:** Yes

*0000TX000818625402O2*

**Registration #:** TX0008186254
**Service Request #:** 1-2532331887

Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27602-109 United States

*0000TX00081862540201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**TX 8-254-659**
**Effective Date of Registration:**
March 03, 2016

## Title

**Title of Work:** Fortnite

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 30, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Epic Games, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Boulevard, Raleigh, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TXu001895864, 2013
TXu001848153, 2012

**New material included in claim:** computer program

## Certification

**Name:** Joseph Wilbur
**Date:** March 03, 2016

---

**Correspondence:** Yes

*0000TX00082546590202*

**Registration #:** TX0008254659
**Service Request #:** 1-3176900287

Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27602-109 United States



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-352-178**
**Effective Date of Registration:**
December 23, 2016

## Title

**Title of Work:** FORTNITE (2016 Rev. 2)

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 30, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Epic Games, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TX008-254-659, 2016
TX008-186-254, 2015

**New material included in claim:** computer program

## Certification

**Name:** Joseph Wilbur
**Date:** December 23, 2016

*00000TX00083521780202*

**Registration #:** TX0008352178
**Service Request #:** 1-4218625705

Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27609-109 United States

*0000TX0008352178O201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-507-210**
**Effective Date of Registration:**
March 21, 2018

## Title

**Title of Work:** Fortnite

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 26, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Epic Games, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TX0008254659, 2016
TX0008352178, 2016

**New material included in claim:** revised computer program

## Rights and Permissions

**Organization Name:** Epic Games, Inc.
**Telephone:** (919)854-0070
**Address:** 620 Crossroads Blvd.,
Cary, NC 27518 United States

## Certification

**Name:** Patchen M. Haggerty
**Date:** March 21, 2018
**Applicant's Tracking Number:** 110039-0011.0004.US002



**Registration #:** TX0008507210
**Service Request #:** 1-6405522616

Perkins Coie LLP
Patchen M. Haggerty
1201 Third Avenue, Suite 4900
Seattle, WA 98101 United States