# EXHIBIT G





HOME   VIDEOS   PLAYLISTS   COMMUNITY   CHANNELS   ABOUT

👍 1   👎   COMMENT

View all 4 comments ⌄

 CBV  2 months ago
Playing r6s (cheating) tonight [live]

👍 2   👎   COMMENT

View all 4 comments ⌄

 CBV  2 months ago
streaming soon <3 and im cheating in fort again

Read more



👍 6   👎   COMMENT

View comment ⌄

CBV  2 months ago