# EXHIBIT I

YouTube

Search

SIGN IN

HOME | VIDEOS | PLAYLISTS | COMMUNITY | CHANNELS | ABOUT

Home
Trending
Subscriptions

Library
History

Sign in to like videos, comment, and subscribe.

SIGN IN

BEST OF YOUTUBE

Music
Sports
Gaming
Movies
TV Shows
News
Live
Spotlight
360° Video

Browse channels

day keys restocked https://shoppy.gg/product/fPVXXWw

37 COMMENT

View all 6 comments

**CBV** 5 days ago

basically epic has 10-14 days to sue me, if they don't sue me then i get my strikes and channel back. sick about to get sued by epic

Verizon 5:52 PM 35%

Dear CBV,

Thank you for your counter notification. It has been forwarded to the party that sent the takedown notification.

Keep in mind that by submitting this counter notification, you've initiated a formal legal dispute process. As such, YouTube will handle this process in accordance with the law. This process takes some time, so we kindly ask for your patience.

Upon forwarding your counter notification to the claimant, we will allow them 10 - 14 business days from this date to respond with evidence that they have taken court action against you to prevent the reinstatement of the video(s) in question.

If we receive no response, after that time period your videos will be restored and the associated penalties on your account will be resolved.

You will receive updates in this email thread about your counter notification's status. You can also check its status within your Video Manager.

- The YouTube Team

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=dDW-SAsFw3I

Display name of uploader: CBV

this video can NOT be taken down, this 100000% falls under the fair use act "Copyright Disclaimer Under Section 107 of the Copyright Act 1976, allowance is

65 COMMENT

View all 35 comments

**CBV** 5 days ago

whats up next [FN is probs gonna sue me now so gotta move on]

64 votes

○ shit r6 rust and pubg vids

