# EXHIBIT J

YouTube

Search

SIGN IN

Home
Trending
Subscriptions

Library
History

Sign in to like videos, comment, and subscribe.

SIGN IN

BEST OF YOUTUBE

Music
Sports
Gaming
Movies
TV Shows
News
Live
Spotlight
360° Video

Browse channels

MORE FROM YOUTUBE

CBV
12,942 subscribers

SUBSCRIBE

HOME VIDEOS PLAYLISTS COMMUNITY CHANNELS ABOUT

**CBV** 19 hours ago
https://discord.gg/6zSHF9f discord got tapped

25 COMMENT

View all 4 comments

**CBV** 2 days ago
day keys restocked https://shoppy.gg/product/fPVXXWw

37 COMMENT

Hide comments

SORT BY

**Psycho Modz** 2 days ago
Few you didn't post for a bit thought something happened to u
3

**buhboy** 2 days ago
🤦‍♂️ you don't learn do you boy
1

**DeleteKey** 2 days ago
Did the discord get banned?
1

**Ali Charania** 2 days ago
Are you dumb, you are in a legal issue with fortnite over this and your publicly saying fuck you to them, they will for sure sue you now
1

