# EXHIBIT K


# Shoppy

**Nexus FN hack/cheat 24 hours**

Nexus Fortnite Cheat Features: - Aimbot - Customizable Player ESP - Customizable FOV - Visibility Check - Player Head Dot - Bounding box - Skeleton ESP - HWID spoofer included! !

`Video: https://youtu.be/tbBdmTO03aA`

By purchasing any service we provide the customer acknowledges that **refund** are **never** provided under any circumstance, and the customer also understands

that the state of detection can change at any given moment and there will be no compensation for any bans received as a result of use of our products. In addition to cheats we offer third party programs dubbed "spoofers" that have the possibility to resolve bans. We will consistently update said spoofers to resolve any detection issues and your time will be compensated for the remainder of detection. Note: any chargeback through any platform of purchase will result in severe consequences and a revocation of use of all our products along side of any of our partner and or sister products. In addition to revocation of all products, the customer may face legal repercussions as a result of illegitmate chargebacks.



**About**

$10.00

Purchase

− 1 +

Apply a Coupon

Seller — **ShopCamDad**
Stock — 16
Feedback — 66

Powered by