# EXHIBIT L

 Shoppy



**ShopCamDad**

( 66 / 22 / 44 )

Products   Contact   Feedback



Rust Aimbot + ESP Hack [LIFETIME] + spoofer

$250.00                 ∞



Rainbow Six Siege HWID Spoofer [LIFETIME]

$30.00                  28



apex legends hack [one month]

$60.00                   2



Nexus R6 hack/cheat 24 hours

$12.99                  22



Contact us!

$0.00                    ∞



Rust HWID Spoofer LIFETIME

$30.00                  28



donate to CBV

$20.00                   ∞



Apex legends aimbot hack [lifetime]

$175.00                  ∞



Fortnite Aimbot+ESP Hack [LIFETIME] Spoofer INCLUDED!

$250.00                  ∞



Discord invite

$0.00                    ∞



Nexus R6 Cheat [one month]

$60.00                   7



Nexus HWID Spoofer [lifetime]

$50.00                   ∞



Nexus R6 Cheat [Lifetime]

$200.99                  ∞



Nexus FN hack/cheat [one week]

$40.00                   9



Nexus FN hack/cheat [one month]

$130.00                 53

Nexus FN hack/cheat 24 hours

$10.00                  16



Rust Aimbot + ESP Hack [24 hours]

$12.99                   0