# EXHIBIT M

Shoppy

## Fortnite Aimbot+ESP Hack [LIFETIME] Spoofer INCLUDED!

Fortnite Cheat Features: - Aimbot - Customizable Player ESP - Customizable Crosshair - Visibility Check - Player Head Dot - Bounding box Video: https://www.youtube.com/watch?v=6cwXd1kGyuE&t=160s

# By purchasing any service we provide the customer acknowledges that **refund** are **never** provided under any circumstance, and the customer also understands

that the state of detection can change at any given moment and there will be no compensation for any bans received as a result of use of cur products. In addition to cheats we offer third party programs dubbed "spoofers" that have the possibility to resolve bans. We will consistently update said spoofers to resolve any detection issues and your time will be compensated forthe remainder of detection. Note: any chargeback through any platform of purchase will result in severe consequerces and a revocation of use of all our products along side of any of our partner and or sister products. In addition to revocation of all products, the customer may face legal repercussions as a result of illegitmate chargebacks.

## About

$250.00

Purchase

− 1 +

Apply a Coupon

| | |
|---|---|
| Seller | ShopCamDad |
| Stock | ∞ |
| Feedback | 66 |

Powered by

