IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-250-FL

| | |
|---|---|
| EPIC GAMES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING PLAINTIFF'S** |
| C.B., | ) **MOTION TO SEAL** |
| Defendant. | ) |

This matter is before the Court on the Plaintiff's Motion to Seal. Having considered the arguments set forth in the Memorandum of Law filed by Plaintiff Epic Games, Inc., the Court hereby grants the Motion to Seal. Accordingly, Plaintiff's Epic Games, Inc.'s Summons to Defendant C.B. shall remain under seal.

This 20th day of June, 2019.

*[signature]*
United States District Court Judge