*EPIC GAMES, INC.*
*v.*
*C. B.*

# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-250-FL

| | |
|---|---|
| EPIC GAMES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **NOTICE OF MANUAL FILING** ) |
| C.B., | ) ) ) |
| Defendant. | ) ) |

Please take notice that Plaintiff has filed for Leave to File Exhibits Manually with regard to the following document:

**Exhibit 9, Defendant's online video published 7/15/19**

This item has not been electronically filed because:

    X    the Electronic Case Filing Administrative Policies and Procedures Manual provides an exemption

        Plaintiff is excused from filing this document or item by court order.

Respectfully Submitted,

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/Catherine R. L. Lawson
Catherine R. L. Lawson
N.C. State Bar No. 44574
catherinelawson@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, NC 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564

*Attorney for Plaintiff Epic Games, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Notice of Manual Filing** was electronically filed on this day with the Clerk of Court using the CM/ECF system and a true and accurate copy was sent by U.S. Mail addressed to the following:

>Jonathan D. Sasser
>ELLIS & WINTERS LLP
>P.O. Box 33550
>Raleigh, NC 27636
>jon.sasser@elliswinters.com
>
>David L. Hecht
>Yi Wen Wu
>PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
>277 Park Avenue, 45th Floor
>New York, NY 10172
>dhecht@piercebainbridge.com
>wwu@piercebainbridge.com

This 26th day of August, 2019.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Catherine R. L. Lawson
Catherine R. L. Lawson
N.C. Bar No. 44575
catherinelawson@parkerpoe.com
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564

*Attorney for Plaintiff*